United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS LEE GROSSE,

        Plaintiff,

v.

SANTA RITA JAIL,

        Defendant.

                                /

No. C 14-0860 WHA (PR)

**ORDER OF DISMISSAL**

       Plaintiff, an inmate in the Alameda County Jail, filed this pro se civil rights action pursuant to 42 U.S.C. 1983 in which he seeks immediate release from custody.  He claims that he "filed a federal indictment" and that he had an "authorized release time" but was not released from jail.  A petition for a writ of habeas corpus, not a civil rights complaint, is the "exclusive remedy" for the prisoner who seeks "immediate or speedier release" from confinement. *Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011).  Consequently, the complaint is **DISMISSED** without prejudice to plaintiff filing his claims in a petition for a writ of habeas corpus, after he has exhausted his claims through the state courts.

       The clerk shall enter judgment and close the file.

       **IT IS SO ORDERED.**

Dated: March __31__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE